UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEYENNE BERRY,<br><br>        Plaintiff,<br><br>   v.<br><br>AMAZON.COM SERVICES LLC, et al.,<br><br>        Defendants. | Case No. 23-cv-03614-TLT<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. Nos. ECF- 1, 23 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Haywood S. Gillliam for consideration of whether the case is related to 21-cv-02147.

**IT IS SO ORDERED.**

Dated: November 8, 2023

TRINA L. THOMPSON
United States District Judge