# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEYENNE BERRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM SERVICES LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00093-NODJ-SAB<br><br>ORDER GRANTING *PRO HAC VICE* APPLICATION OF JASON D. BURNS<br><br>(ECF No. 39) |

The Court has read and considered the application of Jason D. Burns, attorney for Defendant, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of the United States District Court for this District. (ECF No. 39.) Having reviewed the application of Jason D. Burns, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **February 23, 2024**　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1